IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

RECEIVED
USDC CLERK. GREENVILLE, SC

2024 FEB 28  PM 2: 53

Eureka M. Jackson

(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-against-

Wal-mart inc
Mark Willis, Lisa Crumpton
Jerome mikell

(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

Complaint     for     Employment Discrimination

Case No. _____
(to be filled in by the Clerk's Office)

Jury Trial:     ☐ Yes   ☐ No
                (check one)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name                    Eureka M Jackson
Street Address          105 New Dunham Bridge Rd
City and County         Greenville
State and Zip Code      SC. 29611
Telephone Number        864 525 0450

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

Defendant No. 1

Name     Mark Willis

Job or Title (if known)

Street Address

City and County

State and Zip Code

Telephone Number     702 845 8061

Defendant No. 2

Name     Lisa Crumpton

Job or Title (if known)     People Lead

Street Address     2014 Wade Hampton Blvd

City and County     Greenville

State and Zip Code     S.C.

Telephone Number     864 214-8700

Defendant No. 3

Name     Jerome Mikell

Job or Title (if known)

Street Address     1451 Woodruff rd

City and County     Greenville S.C.

State and Zip Code     S.C. 29607

Telephone Number     864 297-3031

Defendant No. 4

Name

Job or Title (if known)

2

Street Address _____

City and County _____

State and Zip Code _____

Telephone Number _____

**C.   Place of Employment**

The address at which I sought employment or was employed by the defendant(s) is:

Name        Walmart

Street Address   9 Benton Rd

City and County   Travelers Rest

State and Zip Code   SC. 29609

Telephone Number   864 834-7179

## II.   Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒   Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☒   Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐   Other   federal   law   *(specify   the   federal   law):*

3

| ☐ | Relevant | state | law | *(specify,* | *if* | *known):* |
|---|---|---|---|---|---|---|

| ☐ | Relevant | city | or | county | law | *(specify,* | *if* | *known):* |
|---|---|---|---|---|---|---|---|---|

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐    Failure to hire me.
- ☒    Termination of my employment.
- ☐    Failure to promote me.
- ☒    Failure to accommodate my disability.
- ☒    Unequal terms and conditions of my employment.
- ☒    Retaliation.
- ☐    Other acts *(specify)*:  _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B.    It is my best recollection that the alleged discriminatory acts occurred on date(s)

March 2022    August 2022

C.    I believe that defendant(s) *(check one)*:

- ☒    is/are still committing these acts against me.
- ☐    is/are not still committing these acts against me.

4

D.  Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

☒  race _Being A African American I was treated unfair_
☒  color _Being Black I was less favorable to any fairness._
☐  gender/sex _____
☐  religion _____
☐  national origin _____
☐  age. My year of birth is _____. *(Give your year of birth only if you are asserting a claim of age discrimination.)*
☒  disability or perceived disability *(specify disability)*
_Anxiety, Depression, Walmart didnt feel I Should be accommodated any longer._

E.  The facts of my case are as follows. Attach additional pages if needed.

_Additional Page attached._

_____
_____
_____
_____
_____

*(Note: As additional support for the facts of your claim, you may attach to this complaint a copy of your charge filed with the Equal Employment Opportunity Commission, or the charge filed with the relevant state or city human rights division.)*

## IV.  Exhaustion of Federal Administrative Remedies

A.  It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

_August 2022 -Sept 2022_

B.  The Equal Employment Opportunity Commission *(check one)*:

☐  has not issued a Notice of Right to Sue letter.
☒  issued a Notice of Right to Sue letter, which I received on *(date)*
_November 30, 2023_

5

.1

Claims Statement,

1.

-As I am a 40-year-old African American who has been battling with mental health for over 15 years. I had been a longtime associate with no disciplinary actions during my tenure, however HR Lisa Crumpton and Mark Willis treated me differently from white associates who had violated the exact same policy. Several associates within that class between November 2022-Feburary 2022 received leniency and continued their employment.

2.

-Mark Willis and Jerome Mikell, both denied me accommodation as it is within the Walmart Accommodation Advisor Packet. This accommodation was to my scheduling. As Walmart has over 500 associates there would not have been a hardship for the store.

-Walmart refused to acknowledge that Sedgwick had an active intermittent FMLA active dated September 21,2021-September 22,2022.

3.

2

Walmart alleged that Jerome Mikell was not retaliating against me after several associates received the complaint process due to his alleged misconduct. In April 2022 I was pulled into the cash office where Mark Willis and Jerome Mikell was on the phone advising me too not refer them to open dooring their concerns about insubornation. In July 2022, a month before my termination a female associate was pulled in the cash office for verbal discussion for her performance, the conversation was outside of Walmart requirements. The tone was rude, and the associate began crying running into the restroom. I'd call Ada Ramos to come and speak with her where we both advised her that she needed to voice her concerns to ethics or open- door. I provided myself as a witness.

1

## Case Facts

Walmart discharged me alleging that there were extensive occurrences causing me to violate Walmart's Attendance policy. Id began my employment with the company on November 10,2005 as a Customer Service Supervisor until my termination on August 24,2022. During my employment id maintained an approved intermittent leave of absence due to severe anxiety and depression. My leave allowed me to receive hours and days to be used during flare ups. Id closely maintained my leave over the course of my tenure without any issues with the third-party company Sedgwick Claims alongside Lisa Crumpton. Although in March 2022 my doctor had to send in new documentation to cover frequencies and durations. This action only had to be taken due to Mark Willis and Jerome Mikell, both denying me reasonable accommodation to my scheduling that would not have been a hardship for the company. Id only requested to work two shifts a week, still five days a week eight-hour shifts, whereas Walmart had been scheduling me three different shifts. These times would not allow me to routinely take my medications on time and proper sleeping patterns. Over time id become more depressed and stressed out but I made every effort to work. Walmart alleged that my leave that was submitted in March 2022 had been denied. Mark Willis pulled in the office on

2

August 24,2022 stating that I was being terminated being that my occurrences were at 12.5 points. I argued that he was wrong. The followings days were given to me at that time were March 18,2022 receiving 1 occurrence, March 23,2022 receiving .5 occurrence, March 24,2022 receiving 1 occurrence, March 28,2022 receiving 1 occurrence, April 16,2022 receiving .5 occurrence, June 1,2022 receiving 1 occurrence, June 21,2022 receiving 1 occurrence, June 29,2022 receiving .5 occurrence, June 30,2022 receiving 1 occurrence, and July 1,2022 receiving 3 occurrences. He responded that I needed to reach out to my doctor and have him resubmit my documents. I reached out to him and in doing so he resubmitted documents on August 25,2022. Id reached out to Krisit Yarnall through email on August 26,2022@ 9:25 A.M. to give insights to the Market HR. Walmart has failed to acknowledge my active approved documents with Sedgwick dated September 21,2022-September 20,2022. There were errors in the occurrence that were presented to me such as schedule changes, utilizing my PPTO (Protected Personal Time Off) that was missing and a day that id worked my shift and received an occurrence (was never corrected, did not receive pay). Mark Willis, Lisa Crumpton, and Jerome Mikell never sat down with me to clear up any of the mistakes. Id used the Walmart Open Door and Ethics system to make them aware of my concerns into the allegations being made on September 9,2022. I was still

3

terminated. Even after I was advised by Mark Willis on August 24,2022 to reach out to my doctor so i can be reinstated. I also reached out to Sedgwick who than told me they'd received my documnets but were told to close my case ( Sedgwick in September 2022 also told me that I could be reinstated). Walmart declined to take any actions or investigate what had been denied and what was still approved under my intermittent leave. Walmart contiued to maintain that their actions were right and my leave was denied.

(*Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.*)

C.  Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐    60 days or more have elapsed.

☐    less than 60 days have elapsed.

## V.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I ask the Court for Compensatory Damages $125,000.00
Punitive Damages: $300,000.00

Additional page attached.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

6

1

Relief,

Walmart had prior knowledge of my FMLA. I carried out my job for over 16 years having no disciplinary actions against me during my tenure with the company. Due to me being a black African American who was dealing with mental health issues. Walmart showed that I was less favorable than those who were white, to seek any kind of preventive tactics leading to my dismissal. As we had just come out of a pandemic and trying to catch on getting my life back on track, Walmart actions lead to more mental anguish. I had lost the home for me and my family, transportation, and loss of life. I was unable to cope with the amount of stress this had caused me, leading me to be hospitalized for a considerable time. Walmart does not see that mental health is real. After almost 17 years of consistent work, I was at a loss for life. I ask for the following:

Compensatory in the amount of $125,000.00

Punitive Damages in the amount of $300,00.00

**A.     For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _____, 20___.

Signature of Plaintiff     *Eureka Jackson.*

Printed Name of Plaintiff     *Eureka Jackson*

**B.     For Attorneys**

Date of signing: _____, 20___.

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

Telephone Number     _____

E-mail Address     _____

7